# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:22-cv-00245-NT |
| ) | |
| NICOLE MCLEOD, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 18, 2022, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2)(B). Recommended Decision (ECF No. 9). The Plaintiff filed an objection to the Recommended Decision on October 25, 2022 (ECF No. 10). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 9) is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915(e)(2)(B), the Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

Further, given that Plaintiff has filed two other baseless cases with this court (*Austin v. Stavros*, No. 2:18-cv-00247-GZS, 2018 WL 3105779 (D. Me. June 25, 2018), *R. & R. aff'd by* 2018 WL 3352640; *Austin v. Hamilton*, No. 2:18-cv-00285-GZS, 2018

WL 4358266 (D. Me. Sept. 13, 2018), *R. & R. aff'd by* 2018 WL 4567703) I hereby place the Plaintiff on **NOTICE** that filing restrictions "may be in the offing." *Cok v. Fam. Ct. of R. I.*, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which *Cok* speaks. *Id.* Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of November, 2022.